IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SATELLITE SPECIALIZED TRANSPORTATION, INC., an Oregon corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>CARGOBOSS, INC, an Illinois corporation,<br><br>                Defendant. | Case No.  6:22-cv-00408-AA<br><br>JUDGE ANN AIKEN<br><br>**ORDER OF DISMISSAL** |

      The parties' Stipulated Motion of Dismissal pursuant to FRCP 41(a) having come before the Court, and the Court having examined the records and being fully advise in the matter, now hereby ORDERS that all claims in this action, counterclaims, cross claims, rights of appeal, and any pending motions before the Court, are dismissed with prejudice, with each party to bear payment of its own

/ / /

Page 1  ORDER OF DISMISSAL

attorney fees, legal costs and expenses incurred in this litigation.

    IT IS SO ORDERED.

    DATED this  17th  day of January, 2023

                                                /s/Ann Aiken  
                                                THE HONORABLE ANN AIKEN  
                                                UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

/s/      Larry R. Davidson  
Larry R. Davidson, OSB No. 750897  
Attorney for Defendant  
121 SW Morrison St., Suite 1020  
Portland, Oregon 97204  
Telephone (503) 229-0199  
larry@rollin-on.com

Page 2  ORDER OF DISMISSAL